## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                     PLAINTIFF

v.                            NO. 4:06CR00211-04 JLH

CAROL REESE                                               DEFENDANT

### ORDER

Carol Reese is currently on supervised release with a special condition of electronic monitoring. She is supervised in the District of Arizona where she resides. She has requested that the electronic monitoring be removed, and she reports that in the District of Arizona the policy is for electronic monitoring to be removed after 90 days if the defendant is in complete compliance with the terms of release. Reese has been in compliance with the terms of her release. The Court therefore authorizes the probation officer in the District of Arizona to remove the electronic monitoring after Reese returns to the District of Arizona and meets with her probation officer there.

IT IS SO ORDERED this 23rd day of November, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE